UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CASIMIRO VENEGAS,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-01585-CDS-DJA<br><br>ORDER |

Petitioner Casimiro Venegas ("Petitioner or Venegas") proceeding *pro se* has filed a motion for appointment of counsel in a federal habeas corpus case. ECF No. 1-1. However, Venegas has not filed a federal habeas corpus petition. In addition, Venegas has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP").

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Venegas has until November 15, 2022, to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

Further, Venegas needs to file his federal habeas corpus petition. Accordingly, by November 15, 2022, Venegas must file a petition on the Court's form.[1] In doing so, Venegas is

---

[1] Venegas remains responsible at all times for calculating the applicable statute of limitations. By ordering Venegas to file a petition by November 15, 2022, the Court makes no finding or representation that the petition will be considered timely.

advised to follow the instructions on the form. Venegas must place the case number, 2:22-cv-01585-CDS-DJA, in the designated space.

It is therefore ordered that the Clerk of Court send Venegas (1) one blank copy of the IFP application form for inmates along with instructions, (2) one blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with instructions, and (3) two copies of this order.

It is further ordered that Venegas must file a completed IFP application on the Court's form on or before November 15, 2022, and must include: (1) a financial certificate signed by Venegas and an authorized prison official; (2) Venegas's financial acknowledgement and declaration; and (3) a copy of his inmate account statement for the six-month period prior to filing. Alternatively, Venegas must pay the $5.00 filing fee on or before November 15, 2022. If Venegas decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that Venegas must file a federal habeas corpus petition on the Court's form on or before November 15, 2022, by placing the case number, 2:22-cv-01585-CDS-DJA, in the designated space.

It is further ordered that consideration of Venegas's motion for appointment of counsel (ECF No. 1-1) is deferred until he files a petition and resolves the filing fee.

It is further ordered that Venegas's failure to comply with this Order on or before the November 15, 2022, deadline: (a) by submitting a completed IFP application with the required documents or paying the filing fee; or (b) by filing a petition, will result in the dismissal of this action without prejudice and without further advance notice.

DATED: September 27, 2022.

_____
UNITED STATES DISTRICT JUDGE